**FILED**

JAN 1 5 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORRINA WESTER,<br><br>Defendant. | No. **4:20CR00043 SEP/SPM** |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

From approximately March 1, 2017, through February 28, 2019, within the Eastern District of Missouri and elsewhere, the defendant,

**CORRINA WESTER,**

did embezzle, steal, purloin, and knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $39,961.00 in Social Security Administration Retirement Insurance benefits, creating a total loss to the government in excess of $1,000.00.

1

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney


_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney

2