UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CR-00043-SEP-SPM |
| CORRINA WESTER, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR DETENTION AND HEARING

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Diane Klocke, Special Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant has a lengthy criminal history with multiple charges involving controlled substances, theft, and failing to appear.

2. In May 2018, four months after being granted probation, the defendant was declared an absconder from probation and was arrested in South Dakota. Subsequently, she failed to return to Missouri, and was arrested again in February 2019 in Spokane County, Washington.

3. After the Defendant was extradited to Missouri for the probation violation warrant, she was ordered continued on probation and ordered to reside at a Halfway House. She absconded from the Halfway House in June 2019.

4. The defendant was declared an absconder again, in December 2019, following another continuation of probation. Following this, the defendant re-engaged in supervision, but as of the date of arrest for the current matter, she had failed to report for her previous three scheduled visits.

5. The defendant's history of criminal behavior and non-compliance with supervision show that the defendant is a flight risk.

5. There is no condition or combination of conditions that would reasonably assure the appearance of the defendant.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial.

       Respectfully submitted,

       JEFFREY B. JENSEN
       United States Attorney

       /s/Diane E.H. Klocke
       DIANE E.H. KLOCKE, #61670MO
       Special Assistant United States Attorney
       111 South 10th Street, Room 20.333
       St. Louis, Missouri 63102
       (314) 539-2200
       Diane.klocke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

       s/ Diane E.H. Klocke
       DIANE E.H. KLOCKE, #61670MO
       Assistant United States Attorney