**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CR 43 SEP/SPM |
| ) | |
| CORRINA WESTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER REGARDING PRETRIAL MOTION**
**STATUS AND CHANGE OF PLEA SETTING**

All pretrial matters in the above-referenced case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). Defendant was arraigned on January 31, 2020, and requested additional time to file pretrial motions. The undersigned found that, in the interest of justice, the request should be granted and extended the deadline for filing motions to March 13, 2020. Upon Defendant's motion, the undersigned granted an additional extension, in the interest of justice, until April 13, 2020. On March 18, 2020 and in compliance with this Court's Order Concerning Pretrial Motions, Defendant filed a Notice indicating that no pretrial motions will be filed. (Doc. 22). As such, no report and recommendation will be forthcoming.

Finally, a change of plea hearing is set for March 31, 2020 at 10:00 AM in Courtroom 16-N before the Honorable Sarah E. Pitlyk, U.S. District Judge.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of March, 2020.